# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In re *AG AIR, LLC*
   *a Corporation*

Case No.

Chapter *11*

_____ ,
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>VALENT BIOSCIENSEC CORP<br>PO BOX 2673<br>CAROL STREAM IL 60674-0024 | Phone:<br>VALENT BIOSCIENSEC CORP<br>PO BOX 2673<br>CAROL STREAM IL 60674-0024 | | | $ 540,010.57 |
| 2<br>HUMBIRD HELICOPTERS, INC<br><br>APT 204<br>COLORADO SPRINGS CO  80907 | Phone:<br>HUMBIRD HELICOPTERS, INC<br>4505 SPRING CANYON HEIGHTS<br>APT 204<br>COLORADO SPRINGS CO  80907 | | | $ 99,630.00 |
| 3<br>MARQUIS AVIATION, INC.<br>845 EAST REDWOOD CIRCLE<br>HANFORD CA 93230 | Phone:<br>MARQUIS AVIATION, INC.<br>845 EAST REDWOOD CIRCLE<br>HANFORD CA 93230 | | | $ 81,315.47 |
| 4<br>DALLAS AIRMOTIVE, INC<br><br>SUITE 125<br>GRAPEVINE TX  76051 | Phone:<br>DALLAS AIRMOTIVE, INC<br>800 INDUSTRIAL RD<br>SUITE 125<br>GRAPEVINE TX  76051 | | | $ 79,000.00 |
| 5<br>JASON HOCKETT<br>P.O. BOX 2630<br>CHESTERFIELD VA 23832 | Phone:<br>JASON HOCKETT<br>P.O. BOX 2630<br>CHESTERFIELD VA 23832 | | | $ 56,313.27 |

_____
                            Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>TIMBERJACK COMPANY<br><br>C/O BARRY PHILLIPS<br>LEWISTOWN PA  17044 | Phone:<br>TIMBERJACK COMPANY<br>750 US HIGHWAY 22<br>C/O BARRY PHILLIPS<br>LEWISTOWN PA  17044 | | | $ 26,977.16 |
| 7<br>VICKS AVIATION, INC<br>242 JAMES RIVER JCT<br>EMPORIA VA 23847-2028 | Phone:<br>VICKS AVIATION, INC<br>242 JAMES RIVER JCT<br>EMPORIA VA 23847-2028 | | | $ 22,234.45 |
| 8<br>WORLD FUEL SERVICES<br>2458 PAYSPHERE CIRCILE<br>CHICAGO IL 60674-0024 | Phone:<br>WORLD FUEL SERVICES<br>2458 PAYSPHERE CIRCILE<br>CHICAGO IL 60674-0024 | | | $ 16,949.88 |
| 9<br>PREMIUM CLAIMS CORPORATION<br>P.O. BOX 8000<br>TALLAHASSEE FL 32314-8000 | Phone:<br>PREMIUM CLAIMS CORPORATION<br>P.O. BOX 8000<br>TALLAHASSEE FL 32314-8000 | | | $ 13,181.97 |
| 10<br>RYDER TRANSPORTATION SERVICES<br>P.O. BOX 402366<br>ATLANTA GA 30384-2366 | Phone:<br>RYDER TRANSPORTATION SERVICES<br>P.O. BOX 402366<br>ATLANTA GA 30384-2366 | | | $ 12,446.26 |
| 11<br>H & H FOREST MANAGEMENT<br>P.O. BOX 370<br>SOUTH HILL VA 23970 | Phone:<br>H & H FOREST MANAGEMENT<br>P.O. BOX 370<br>SOUTH HILL VA 23970 | | | $ 9,298.00 |
| 12<br>ELAN FINANCIAL SERVICES<br><br>C/O CARDMEMBER SERVICES<br>MILWAUKEE WI  53202 | Phone:<br>ELAN FINANCIAL SERVICES<br>777 E. WISCONSIN AVE<br>C/O CARDMEMBER SERVICES<br>MILWAUKEE WI  53202 | | | $ 8,308.91 |
| 13<br>COASTAL HELICOPTERS, INC<br>7424 COASTAL DR.<br>PANAMA CITY FL 32404 | Phone:<br>COASTAL HELICOPTERS, INC<br>7424 COASTAL DR.<br>PANAMA CITY FL 32404 | | | $ 5,905.63 |

_____ ,
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 14<br>GE CAPITAL<br>P.O. BOX 644479<br>PITTSBURGH PA 15264-4479 | Phone:<br>GE CAPITAL<br>P.O. BOX 644479<br>PITTSBURGH PA 15264-4479 | | | $ 4,089.50 |
| 15<br>AVIALL<br>P.O. BOX 842267<br>DALLAS TX 75284-2267 | Phone:<br>AVIALL<br>P.O. BOX 842267<br>DALLAS TX 75284-2267 | | | $ 2,291.76 |
| 16<br>INDEPENDENT AG EQUIP<br>P.O. BOX 358<br>BIGLERVILLE PA 17307 | Phone:<br>INDEPENDENT AG EQUIP<br>P.O. BOX 358<br>BIGLERVILLE PA 17307 | | | $ 1,889.40 |
| 17<br>WRIGHT EXPRESS<br>P.O. BOX 6293<br>CAROL STREAM IL 60197-6293 | Phone:<br>WRIGHT EXPRESS<br>P.O. BOX 6293<br>CAROL STREAM IL 60197-6293 | | | $ 1,775.12 |
| 18<br>ELMER'S GARAGE<br>6641 DAVIDSBURG RD<br>EAST BERLIN PA 17316 | Phone:<br>ELMER'S GARAGE<br>6641 DAVIDSBURG RD<br>EAST BERLIN PA 17316 | | | $ 1,473.02 |
| 19<br>ASSOCATIED PRODUCTS SERVICES, INC.<br>2 EAST ROAD<br>MECHANICSBURG PA 17055 | Phone:<br>ASSOCATIED PRODUCTS SERVICES, INC.<br>2 EAST ROAD<br>MECHANICSBURG PA 17055 | | | $ 980.20 |
| 20<br>COMCAST<br>P.O. BOX 3006<br>SOUTHEASTERN PA 19398-3006 | Phone:<br>COMCAST<br>P.O. BOX 3006<br>SOUTHEASTERN PA 19398-3006 | | | $ 327.25 |

_____ ,
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *BRIAN STRATHMEYER* _____ , *President* _____ of the *Corporation* _____ named
as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that
they are true and correct to the best of my knowledge, information and belief.

Date: _____         Signature *\/s/ BRIAN STRATHMEYER* _____
                             Name: *BRIAN STRATHMEYER*
                             Title: *President*