IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

AG AIR, LLC                                             Chapter 11

Debtor-in-Possession                                    Case No.: 1-14-bk-05594-MDF

## APPOINTMENT OF
## CREDITORS' COMMITTEE

   NOW COMES, the Acting United States Trustee and under authority of 11 U.S.C.§ 1102(a)(1) appoints the following named persons to sit on a Committee of Unsecured Creditors for the above captioned matter:

| | |
|---|---|
| Cory Brown, Credit Manager (*Chairperson*)<br>Valent Biosciences<br>1600 Rivera Avenue<br>Suite 200<br>Walnut Creek, CA 94596<br>Tel.: 925-256-2755<br>Fax: 925-817-5020<br>Email: cory.brown@valent.com | William D. Keith, V.P.<br>Humbird Helicopters, Inc.<br>4505 Spring Canyons Hts.<br>Apt. #204<br>Colorado Springs, CO 80907<br>Tel.: 570-994-2407<br>Email: humbirdhelicopters@gmail.com |
| Barry Phillips, Owner<br>Timber Jack Co.<br>P.O. Box 1105<br>784 US Highway 22<br>Lewistown, PA 17044<br>Tel.: 717-250-4348<br>Fax: 814-237-3434<br>Email: bdphillips@timberjackcompany.com | Melvin R. Vick, Co-Owner<br>Vick's Aviation, LLC<br>242 James River Jct.<br>Emporia, VA 23847<br>Tel: 434-594-6333<br>Fax: 434-634-0602<br>Email: mvickfly@hotmail.com |

| | |
|---|---|
| Greg Chubbs, President<br>Coastal Helicopters, Inc.<br>7424 Coastal Dr.<br>Panama City, FL 32404<br>Tel.: 850-769-6117<br>Fax: 850-769-1103<br>Email: gchubbs@coastalhelicopters.net | |

                         ANDREW R. VARA
                         ACTING UNITED STATES TRUSTEE
                         Region 3

                         Anne K. Fiorenza
                         Assistant United States Trustee


                         By:  /s *Anne K. Fiorenza*
                                Anne K. Fiorenza, AUST
                                Office of the U. S. Trustee
                                228 Walnut Street, Room 1190
                                Harrisburg, PA 17101
                                (717) 221-4515

Date:  January 8, 2015